AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
### District of South Carolina

| | | |
|---|---|---|
| Teresa Jane Hagan | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.     5:15-2194-DCN |
| Nancy A. Berryhill, Acting Commissioner of Social Security | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),

which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with

costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

recover costs from the plaintiff *(name)* _____.

■ other: The Commissioner's decision is affirmed.


This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.


■ decided by the Honorable David C. Norton, United States District Judge, adopting the Report and
Recommendation of the Honorable Kaymani D. West, United States Magistrate Judge


Date:   March 31, 2017

Robin L. Blume
*CLERK OF COURT*


s/Glenda J. Nance
*Signature of Clerk or Deputy Clerk*